# CASE ANNOUNCEMENTS
*July 28, 2010*

[Cite as *07/28/2010 Case Announcements*, 2010-Ohio-3482.]

## MOTION AND PROCEDURAL RULINGS

2010–1279. State v. Pollard.
Cuyahoga App. No. 93002, 2010-Ohio-908. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the case,

It is ordered by the court, sua sponte, that the appellee shall have thirty days from the date of this entry to file a memorandum in response pursuant to S.Ct.Prac.R. 3.2.

## DISCIPLINARY CASES

2007–1581. Cleveland Bar Assn. v. Mitchell.
This cause came on for further consideration upon the March 22, 2010 and May 21, 2010 applications for reinstatement filed by respondent, LuAnn Mitchell. Upon consideration thereof,

It is ordered by the court that respondent's applications for reinstatement are denied due to respondent's failure to pay board and publication costs in this matter. Additionally, the court has been notified of a disciplinary complaint against respondent currently pending before the Board of Commissioners on Grievances and Discipline. See Gov.Bar R. V(10)(A).

It is further ordered that relator's motion to strike respondent's applications is denied as moot.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS

2010–0516. State ex rel. Lawson v. Doneghy.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.